MEYER SPEILLER and Others, Respondents, v. FRANK DEVESO and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur; Sears, J., not sitting.

GEORGE BARTHOLOMEO, Respondent, v. NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Order affirmed, with costs. All concur; Sears, J., not sitting.

LAWRENCE M. O'BRIEN, Appellant, v. GENERAL COMMERCIAL SECURITIES CORPORATION, Respondent.— Judgment affirmed, with costs. All concur; Sears, J., not sitting.

CHARLES H. STEGMEIER, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur.

CHARLES NATARO, Doing Business under the Assumed Name and Style of EAST BUFFALO EXPERT PANTS COMPANY, Respondent, v. AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Judgment affirmed, with costs. All concur.

GEORGE H. KENNEDY and Others, as Executor, etc., of LOUISA STAMP, Deceased, Appellants, v. EDWARD SMITH and Others, Respondents, Impleaded with Others. — Appeal transferred to the Appellate Division of the Supreme Court, Third Department, to be there heard and determined, pursuant to the provisions of section 618 of the Civil Practice Act. [See *ante*, p. 628.]

EUGENE W. WILCOX and Others, Appellants, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Defendant, and ALICE A. LOTT, Respondent.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

EDWARD HANDSHKE, Respondent, v. CARL LOYSEN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JOHN B. BULLINGER and Another, Respondents, v. SOPHIA BULLINGER and Others, Respondents, and JOHN SCHEIB, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

GARRA K. LESTER, Respondent, v. ERNEST F. KRUSE, Appellant.— Motion for reargument denied, with ten dollars costs. Kruse, P. J., not sitting.

CAMILLE B. BROCK, Respondent, v. WARREN FILM COMPANY and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

EARL H. HENDERSON, Plaintiff, v. GEORGE A. GILLETTE and Another, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Judicial Settlement of the Accounts of JAMES J. McCROHAN and Others, as Executors, etc., of MARY McCROHAN, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN H. COX and Others, Respondents, v. MOHAWK ELECTRICAL SUPPLY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

HARRY P. THOMAS, Respondent, v. GILBERT R. SCRAFFORD, Appellant.— Motion granted and appeal dismissed, with costs.